## JULIAN H. SWAIN v. E. P. COHOON, SR.

(Filed 20 September, 1944.)

APPEAL by defendant from *Burgwyn, Special Judge,* at April Term, 1944, of TYRRELL.

Civil action to recover for Irish potatoes sold and delivered by plaintiff to defendant during the 1943 season.

From verdict and judgment in favor of plaintiff, the defendant appeals, assigning errors.

*H. L. Swain for plaintiff, appellee.*
*J. C. Meekins for defendant, appellant.*

PER CURIAM.   The case presents no more than a controverted issue of fact which the jury has resolved in favor of the plaintiff in a trial free from reversible error.

The verdict and judgment will be upheld.

No error.